Robert J. Giuffra, Jr. (*admitted pro hac vice*)
Sharon L. Nelles (*admitted pro hac vice*)
William B. Monahan (*admitted pro hac vice*)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone:     (212) 558-4000
Facsimile:      (212) 558-3588

Michael H. Steinberg (State Bar No. 134179)
SULLIVAN & CROMWELL LLP
1888 Century Park East
Los Angeles, California 90067-1725
Telephone:     (310) 712-6600
Facsimile:      (310) 712-8800

Laura Kabler Oswell (State Bar No. 241281)
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, CA 94303
Telephone:     (650) 461-5600
Facsimile:      (650) 461-5700

*Attorneys for Defendants Volkswagen AG and Volkswagen Group of America, Inc. (d/b/a Volkswagen of America, Inc. and Audi of America, Inc.)*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: VOLKSWAGEN "CLEAN DIESEL" MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:  Securities Actions<br><br>*City of St. Clair Shores*, No. 15-6167<br>*Travalio*, No. 15-6168<br>*George Leon Family Trust*, No. 15-6166<br>*Charter Twp. of Clinton*, No. 16-190<br>*Wolfenbarger*, No. 16-184 | MDL No. 2672 CRB (JSC)<br><br>**STIPULATION AND QTF GT CONTINUING HEARING ON SECURITIES PLAINTIFFS' MOTION TO LIFT PSLRA DISCOVERY STAY** |

1   WHEREAS, on April 26, 2016, Lead Plaintiff in above-captioned securities actions (the "Securities Actions"), the Arkansas State Highway Employees' Retirement System ("Lead Plaintiff"), filed a Motion for Partial Modification of the PSLRA Discovery Stay (Docket No. 1460) (the "Motion"), which set a hearing date for the Motion of June 17, 2016;

WHEREAS, the Motion will be fully briefed as of June 10, 2016 (Docket No. 1477);

WHEREAS, counsel for the undersigned Defendants and counsel for Lead Plaintiff have agreed that, due to scheduling conflicts for counsel for one or more of the Defendants, with the Court's consent, the hearing on the Motion should be continued to June 24, 2016, at 10:00 a.m.; and

WHEREAS, there have been no previous requests for a continuance of the hearing date for the Motion.

NOW, THEREFORE IT IS HEREBY STIPULATED AND AGREED, by and among the parties hereto, subject to approval by the Court, that the hearing on the Motion shall be continued to June 24, 2016, at 10:00 a.m.

Dated:  June 1, 2016

Respectfully submitted,

/s/  Robert J. Giuffra, Jr.
Robert J. Giuffra, Jr.
Sharon L. Nelles
William B. Monahan
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone:    (212) 558-4000
Facsimile:     (212) 558-3588

Michael H. Steinberg
SULLIVAN & CROMWELL LLP
1888 Century Park East
Los Angeles, California 90067-1725
Telephone:     (310) 712-6600
Facsimile:      (310) 712-8800

Laura Kabler Oswell
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California 94303
Telephone: (650) 461-5600
Facsimile: (650) 461-5700

*Attorneys for Defendants Volkswagen AG and Volkswagen Group of America, Inc. (d/b/a Volkswagen of America, Inc. and Audi of America, Inc.)*


/s/  David Schertler
---
David Schertler
SCHERTLER & ONORATO, LLP
575 7th Street, N.W.  Suite 300 South
Washington, D.C.  20004
Telephone:  (202) 628-4199
Facsimile:      (202) 628-4177

*Attorneys for Defendant Michael Horn*


/s/  Gregory P. Joseph
---
Gregory P. Joseph  (*admitted pro hac vice*)
Peter R. Jerdee  (*admitted pro hac vice*)
JOSEPH HAGE AARONSON LLC
485 Lexington Avenue, 30th Floor
New York, New York 10017
Telephone: (212) 407-1222
Facsimile: (212) 407-1269

*Attorneys for Defendant Martin Winterkorn*

/s/ Niki L. Mendoza
Niki L. Mendoza (Bar No. 214646)
BERNSTEIN LITOWITZ BERGER
& GROSSMANN LLP
nikim@blgblaw.com
12481 High Bluff Drive, Suite 300 San Diego,
CA 92130 Telephone: (858) 793-0070
Facsimile: (858) 793-0323

-and-

James A. Harrod (*pro hac vice*)
Jai Chandrasekhar (*pro hac vice*)
Adam D. Hollander (*pro hac vice*)
Ross Shikowitz (*pro hac vice*)
BERNSTEIN LITOWITZ BERGER
& GROSSMANN LLP
jim.harrod@blbglaw.com
jai@blbglaw.com
adam.hollander@blbglaw.com
ross@blbglaw.com
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1444

*Attorneys for Lead Plaintiff ASHERS and Lead Counsel in the Securities Actions*

\*   \*   \*

PURSUANT TO STIPULATION, IT IS SO ORDERED

DATED: "Lwpg"46."2016

CHARLES R. BREYER
United States District Judge

Sullivan & Cromwell LLP

-4-

STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON MOTION TO LIFT PSLRA DISCOVERY STAY
MDL NO. 2672 CRB (JSC)